AUMOCK *v.* JAMISON.

## Aumock v. Jamison.

1. SERVICE OF SUMMONS ON RETURN DAY. A service of summons made on the return day thereof is sufficient to require the defendant to appear to the action, and is effectual to support a judgment by default if he fail to appear.

This was a bill in chancery, filed in the District Court for Douglas county. It alleged that, on the 27th of July, 1862, Jamison sued Aumock, in the said court, for the recovery of a debt, and that the summons issued in said action was returnable on the 4th day of August, 1862, and that the summons was served on Aumock on that day and was also returned on that day. The defendant failed to appear to the suit and judgment was entered against him. Execution was thereupon issued to the sheriff, who levied the same on certain lands of Aumock. He filed the bill for an injunction restraining the sheriff from selling the property on the ground that the court was without jurisdiction to render the judgment. A decree was rendered for the plaintiff, and Jamison appealed. The question was whether the service of the summons was good under the 69th section of the Code, which is as follows: "The service shall be by delivering a copy of the summons to the defendant personally, or by leaving one at his usual place of residence at any time before the return day."

*Redick & Briggs*, for appellant.

*A. J. Poppleton*, contra.

The court, by DUNDY, J., held that a service of summons made upon the return day named therein was sufficient to require the defendant to appear thereto, and, if he did not do so, that it was effectual to support a judgment by default.

KELLOGG, Ch. J., dissented.

Decree reversed.